# Third District Court of Appeal

## State of Florida

Opinion filed January 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-39
Lower Tribunal No. 18-31604
_____

**Mota Pizza Rustica Corp. and Damaros, Inc.,**
Appellants,

vs.

**Sterling Retail Services, Inc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, John W. Thornton, Jr., Judge.

Ayala Law, P.A., and Eduardo A. Maura and Luis F. Quesada; Garcia-Menocal Irias & Pastori LLP., and Jorge Garcia-Menocal, for appellants.

Slusher & Rosenblum, P.A., and Jonathan S. Glickman (West Palm Beach), for appellees.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.